UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMIE GROSS-LEE,** <br> on behalf of her minor child DA-G, <br> 3195 Apple Rd. NE, <br> Washington D.C. 20018 <br><br> **Plaintiff,** <br><br> v. <br><br> **WASHINGTON LEADERSHIP ACADEMY PCS** <br><br> **Defendant,** <br><br> to serve: <br><br> **Lauren E. Baum** <br> Law Office of Lauren E. Baum, PC <br> 3573 Warder Street, NW, #2 <br> Washington, DC 20010 <br><br> and <br><br> **DISTRICT OF COLUMBIA,** <br> A Municipal Corporation, <br> One Judicial Square <br> 441 Fourth Street, N.W. <br> Washington, D.C. 20001 <br><br> **Defendant,** <br><br> to serve: <br><br> **MURIEL BOWSER, MAYOR AND KARL A. RACINE, ATTORNEY GENERAL** <br> District of Columbia <br> 441 4th St. N.W., 11th Fl. <br> Washington D.C. 20002 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> Civ. A. No: |

## COMPLAINT

Ms. Jamie Gross-Lee ("Ms. Gross-Lee") respectfully requests this court find that WLA and District of Columbia ("the District") denied her daughter DA-G a free, appropriate, public education ("FAPE"), since September 14, 2021 when the defendants changed DA-G's placement from a residential placement, award a stay-put injunction against the District, all other equitable relief, and reasonable attorneys' fees and costs.

## PRELIMINARY STATEMENT

1. This is an action under the Individuals with Disabilities Education Improvement Act (20 U.S.C. § 1401 *et. seq.*) for WLA and the District's denial of free appropriate education ("FAPE") when it failed to identify, place, and fund an appropriate residential placement pursuant to the Individualized Education Program ("IEP") Team's decision and her educational needs. DA-G is entitled to a FAPE, which the WLA and the District are refusing to provide.

## JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C §§ 1400-1461 and declaratory relief is authorized by 28 U.S.C §§ 2201, 2202.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## PARTIES

4. Plaintiff, Ms. Jamie Gross-Lee ("Ms. Gross-Lee") is a resident of the District and is the educational decision-maker for her daughter, DA-G.

5. Defendant, Washington Leadership Academy ("WLA"), is the Local Education Agency ("LEA") in the District responsible for providing a FAPE to DA-G. WLA

receives federal funds pursuant to the IDEA, to ensure access to a FAPE to all of its students, including DA-G.

6. Defendant, the District, is a municipal corporation that also receives federal funds pursuant to the IDEA, to ensure access to a free and appropriate public education ("FAPE") to all children until twenty-one years of age under federal law and twenty-two years of age under the local law. *See* 20 U.S.C. § 1411; 5-E D.C.M.R. §§ 3001, 3004. The District is obligated to comply with all applicable federal regulations and statutes including but not limited to the IDEA. *See* 20 U.S.C. § 1412 (a)(1)(A). The Office of the State Superintendent for Education ("OSSE") are *non-sui juris* of the District of Columbia.

## FACTUAL BACKGROUND

7. Ms. Jamie Gross-Lee ("Ms. Gross-Lee") and her daughter, DA-G are residents of the District.

8. DA-G is a 15-year-old, 10th grade student, presently enrolled at WLA.

9. DA-G is recognized by WLA and the Office of the State Superintendent of Education ("OSSE") as a disabled student who is eligible for special education and related services.

10. The Local Education Agency ("LEA") responsible for providing a free appropriate education ("FAPE") to DA-G is WLA, located in the District.

11. The Office of the State Superintendent of Education ("OSSE") is the State Educational Agency ("SEA") for the District of Columbia. OSSE is legally obligated to ensure the provision of a free and appropriate public education ("FAPE") to DA-G pursuant to 20 U.S.C. §1412(a)(11)(A). OSSE is non-sui juris

of the District of Columbia.

12. The District is subject to the IDEA as it accepts funds form the federal government. 20 U.S.C. § 1412.

13. DA-G has been eligible for an Individualized Education Program ("IEP"), which included the disability category of Emotional Disturbance ("ED") since about November 2015.

14. DA-G has a history of Disruptive Mood Dysregulation Disorder ("DMDD"), Bipolar Disorder, Post Traumatic Stress Disorder ("PTSD"), and Oppositional Defiant Disorder ("ODD").

15. DA-G's April 2021 Psychological Re-evaluation report confirmed that DA-G has Attention-deficit/hyperactivity disorder ("ADHD"). Ms. Gross-Lee and DA-G's prior schools had suspicion of DA-G's ADHD since she was in elementary school.

16. DA-G currently has medication prescriptions for: Abilify (for Bi-Polar Disorder), Vistril (for anxiety and to help her sleep), Metformin (to help with appetite control), Melatonin (for sleep regulation), and Vyvanse (for ADHD).

17. DA-G has a history of trauma including sexual assault, bullying, and mistreatment by trusted adults.

18. DA-G has a school discipline history resulting from aggressive behaviors including, initiating and engaging in physical altercations, verbal aggression; such as inappropriate language or threats directed toward staff or peers, and non-compliance.

19. DA-G has a history of in-school and out of school suspensions.

20. DA-G also has a history of property destruction, impulsive and risky behaviors, and eloping from home and treatment facilities.

21. DA-G has a history of suicidal ideations and attempts, including August 2021, September 2021, December 2021, and January 2022.

22. DA-G also has a history of harming herself and others.

23. DA-G has been hospitalized at least nine (9) times since July 2019.

24. Over the last few year, DA-G has been hospitalized at the Psychiatric Institute of Washington ("PIW") in D.C., Snowden Behavioral Health in VA, Children's National Hospital ("Children's") in D.C., and the Newport News Behavioral Health Center in VA, among others.

25. In February 2020, DA-G also received treatment from the Sasha Bruce Residential Facility in the District.

26. For the past few years, DA-G has been hospitalized for suicidal ideations, cutting herself, overdosing on pills, and threatening and harming her family members.

27. WLA and OSSE are aware that DA-G. currently receives therapeutic supports from Life Enhancement Services and Halback & Associates.

28. Life Enhancement Services provides DA-G with a psychiatrist, Community Based Intervention ("CBI") therapist, and a CBI worker.

29. In addition to Life Enhancement Services, DA-G meets with her therapist, Ms. Tominka Minter, from Halback & Associates at least once per week and often multiple times per week when DA-G goes into crisis.

30. When DA-G goes into crisis she becomes a danger to herself and others.

31. When DA-G goes into crisis, DA-G manifests a variety of dangerous and concerning behaviors, including:

    a. Suicidal ideation;

    b. Acting upon her suicidal ideation, i.e. overdosing on pills

    c. Finding ways to harm herself like cutting her arms and legs;

    d. Throwing objects at others;

    e. Threatening others;

    f. Running away;

    g. Screaming at people, including peers, siblings, parents and teachers;

    h. Destroying property;

    i. Verbal and physical altercations;

    j. Non-compliance; and

    k. Acting on vindictive feelings.

32. During the April 2, 2021 change in placement meeting, the IEP Team agreed that DA-G's appropriate least restrictive environment is a residential placement.

33. After the IEP Team decided to change DA-G's educational placement, OSSE became responsible for identifying and securing an appropriate residential placement.

34. Since April 2021, OSSE would email Ms. Gross-Lee and WLA of its residential search progress. Through various emails, OSSE reported that it applied to four or five residential schools on its COA list at a time.

35. On April 22, 2021, Devereux Florida accepted DA-G, but OSSE needed to confirm the estimate of bed availability. It took OSSE about a month to provide a waitlist estimate. As of May 20, 2021 the estimated wait time for a bed was two to five months.

6

36. On May 6, 2021, Millcreek Behavioral Health in the Acadia Healthcare Network ("Millcreek") issued an acceptance letter.

37. By May 11, 2021, Millcreek could only provide a rough estimate about bed availability for DA-G.

38. On May 21, 2021, OSSE issued a Location of Assignment Letter for Millcreek, even though no bed was available for DA-G.

39. On June 29, 2021, Ms. Lovett informed Ms. Gross-Lee that the residential placement Devereux Florida had at least, a six (6) month wait list. Devereux Massachusetts said it would be several months before it could even consider DA-G's application.

40. On July 15, 2021, OSSE sent an email stating it viewed the Change in Placement/Location in Services search as closed on its end.

41. By July 15, 2021, Millcreek did not have a bed for DA-G and neither did Devereux Florida or Devereux Massachusetts.

42. Millcreek expected Ms. Gross-Lee to sign blank consent forms. Ms. Gross-Lee was not comfortable with this requirement, among other concerns.

43. On July 27, 2021 Ms. Gross-Lee, her counsel, WLA, WLA's counsel, and Ms. Jennifer Rockhill, Millcreek's Senior Resource Coordinator, met virtually to discuss Ms. Gross-Lee's questions and concerns about various admissions documents and consent forms.

44. During the July 27, 2021 meeting with Millcreek, Millcreek said it would not have a bed available for DA-G until September 2021 at the earliest.

45. Then on July 29, 2021, Millcreek rescinded its acceptance stating for the first

time that it did not believe DA-G was a good fit for Millcreek.

46. From August 12 – 24, 2021, DA-G was hospitalized at Newport News Behavioral Health Center.

47. On September 14, 2021, Ms. Gross-Lee emailed OSSE and WLA that DA-G went into crisis, tried to harm herself by cutting herself, and that she was at Children's Hospital.

48. DA-G has a long history of cutting herself.

49. In her September 14, 2021 email, Ms. Gross-Lee pleaded with OSSE for expedited help because DA-G needs immediate assistance with obtaining a residential placement.

50. On September 14, 2021, Ms. Drew Lovett (formerly Drew Yee), an OSSE Senior Change in Placement Coordinator, emailed that despite the fact that the pending schools had either very long waitlists or unknown projected start dates, OSSE ". . .will not send out any additional referrals at this time."

51. Children's discharged DA-G on September 15, 2021.

52. On October 5, 2021 Ms. Gross-Lee emailed WLA requesting OSSE and WLA assist her with expanding the residential placement process beyond the COA list.

53. On October 19, 2021, Ms. Gross-Lee's counsel requested that OSSE expand its residential school search to include schools off the COA list.

54. On October 22, 2021, Ms. Lovett sent an email stating that OSSE refused to provide Ms. Gross-Lee with assistance in finding a residential school off the COA list. Instead, OSSE stated it would continue to provide updates about the

waitlists and only apply to schools on the COA list.

55. As of October 22, 2021, OSSE had not found a residential placement for DA-G.

56. On or about October 22, 2021, Ms. Gross-Lee applied to the residential school Clearview Academy ("Clearview"), which is not on OSSE's COA list.

57. From December 8 – 13, 2021, DA-G was hospitalized at PIW on an FD12 hold (Application for Emergency Hospitalization) for trying to kill herself by overdosing on pills.

58. On December 14, 2021, Ms. Gross-Lee's counsel emailed WLA updated medical documents. Soon after, WLA emailed OSSE a copy of these medical documents.

59. By December 15, 2021, OSSE chose to reapply to the schools on the COA list that had already rejected DA-G.

60. By December 20, 2021, there was no update on whether Devereux Florida would have a bed available for DA-G.

61. By December 2021, DA-G had been waiting about six (6) months since Devereux Florida first stated the waitlist was about six (6) months.

62. From January 19 – 28, 2022, DA-G was hospitalized at PIW for attempted suicide. DA-G mutilated herself and overdosed on pills.

63. By the end of January 2022, Devereux Florida did not have any updates about bed availability for DA-G and Devereux Glenholme rejected DA-G.

64. Despite exhausting the COA List a second time, OSSE refused to apply to any new residential schools for DA-G.

65. On or about February 3, 2022 Clearview accepted DA-G and WLA sent Clearview's acceptance to OSSE.

66. On February 9, 2022, Ms. Lovett emailed WLA that OSSE would not place DA-G at Clearview.

67. On March 16, 2022, Ms. Lovett emailed that there was an anticipated three to four (3-4) month waitlist for Devereux Florida.

68. In her March 16, 2022 email, Ms. Lovett also stated that Millcreek again would be willing to accept DA-G with an estimated bed availability of April 2022.

69. On March 16, 2022, Ms. Gross-Lee's counsel emailed Ms. Lovett to reiterate Ms. Gross-Lee's prior concerns about Millcreek to see if Millcreek was willing to address those concerns.

70. As of the filing of this motion, Millcreek does not have a bed available for DA-G, and Millcreek has not addressed Ms. Gross-Lee's remaining questions and concerns.

71. On or about May 31, 2022, Ms. Gross-Lee filed a due process complaint against WLA and OSSE in the Office of Dispute Resolution, Case. No. 2022-105.

72. OSSE has exhausted its certificate of approval ("COA") list.

73. As of the filing of this motion, Clearview Academy has a bed available for DA-G.

74. Despite having a residential school ready and able to implement DA-G's IEP for the past four (4) months, the District and WLA refused to place DA-G at

   Clearview Academy.

75. As of the filing of this motion it has been about nine (9) months since OSSE refused to extend its residential search beyond the COA list for DA-G.

## **RELIEF**

Mr. Gross-Lee respectfully requests the following relief:

1. Order WLA or the District, as appropriate, to place and fund DA-G's tuition to attend Clearview Academy within 10 days of this order.
2. Alternatively, order WLA or the District, as appropriate, to create an environment capable of implementing DA-G's IEP.
3. Or in the alternative to numbers (1) and (2) order WLA or the District to:
    a. Secure and pay for the services of a third-party expert in residential placements and will assist in the search for an appropriate location of service. This expert's search will be dedicated to DA-G.'s case, and
    b. The District immediately extend its search for a residential placement for DA-G beyond OSSE's Certificate of Approval ("COA") list for residential schools.
4. Order evaluations to determine the compensatory education services to which DA-G will be entitled if she regresses or fails to make appropriate progress as a result of the delay in implementing her IEP.
5. Award Ms. Gross-Lee the reasonable legal fees and other expenses they have incurred in bringing this action.

Wherefore, Ms. Gross-Lee hereby respectfully requests that the court grant her motion for a stay put injunction and a temporary restraining order.

Respectfully Submitted,

/s/ *Dara Gold*

Dara Gold [1738242]
Charles Sibert [1510808]
Charles Moran [970871]
1100 H Street N.W. Ste 260
Washington, D.C. 20005
(p) 202-450-1062
(p) (202) 450-2864
(p) (202) 450-2776
(f) (202)478-0781
dara.gold1@camoranlaw.com
charles.sibert@camoranlaw.com
charles.moran@camoranlaw.com

Attorneys for Plaintiff

June 14, 2022