### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMIE GROSS-LEE**, **on behalf of her minor child DA-G** | : | |
| | : | |
| **PLAINTIFF**, | : | |
| v. | : | **Civ. A. No. 1:22-cv-01695-CRC-GMH** |
| **WASHINGTON LEADERSHIP ACADEMY** | : | |
| **AND** | : | |
| **DISTRICT OF COLUMBIA**, | : | |
| **DEFENDANTS** | : | |
| | : | |

### <u>CONSENT MOTION FOR JOINT BRIEFING SCHEDULE</u>

Plaintiff Ms. Jamie Gross-Lee, on behalf of DA-G ("Plaintiff or Ms. Gross-Lee"),

with the consent of Defendants Washington Leadership Academy ("WLA") and the District

of Columbia ("the District") submits the joint briefing schedule below pursuant to the

Court's request on June 16, 2022. The parties have conferred and request this Court set a

briefing schedule as follows:

1. Defendants file Oppositions:     June 24, 2022

2. Plaintiff files Reply:     July 6, 2022

1

The parties respectfully request that this Honorable Court enter an Order consistent with the proposed briefing schedule on page 1.

Respectfully submitted,

_/s/ Dara Gold_

Dara Gold [1738242]
Moran & Associates
1100 H St NW, STE 260
Washington, D.C. 20005
(203) 541-0196
dara.gold1@camoranlaw.com

June 17, 2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 17th day of June 2022, I served the foregoing Consent

Motion via email and by filing it via the Court's electronic filing system, and that as a result

of such filing, a notification and copy of such filing will be sent to counsel of record for the

Defendants to:

<u>Counsel for WLA</u>
Lauren E. Baum
Law Office of Lauren E. Baum, PC
3573 Warder Street, NW, #2
Washington, DC 20010
202-450-1396
202-450-1397 (fax)

<u>Counsel for the District</u>

Tasha Hardy
Assistant Attorney General, Section II
Civil Litigation Division
Office of the Attorney General for the
District of Columbia
400 6th Street NW
Washington, D.C. 20001
(202) 724-7794
(202) 741-8953 (fax)
tasha.hardy@dc.gov

Steven Rubenstein
Assistant Attorney General
Office of the Attorney General for the
District of Columbia
Civil Litigation Division, Section Two
400 6th Street, NW
Washington, DC 20001
Work: 202-727-9624
Cellular: 202-701-5517
Fax: 202-741-0592
Steven.Rubenstein3@dc.gov

<u>/s/ Dara Gold</u>

Dara Gold [1738242]
Moran & Associates
1100 H St NW, STE 260
Washington, D.C. 20005
(203) 541-0196
dara.gold1@camoranlaw.com